# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138938

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BOBBY WAYNE HODGES,
     Defendant-Appellant.

SC: 138938
COA: 280077
Lenawee CC: 06-012777-FH

_____/

On order of the Court, the application for leave to appeal the April 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk

y0421